Cooley ELLIS, Appellant,

v.

Frank BRADSHAW, Appellee.

Court of Appeals of Kentucky.

March 15, 1957.

Rehearing Denied June 7, 1957.

Alan Neil Schneider, Louisville, for appellant.

Wallace & Hopson, Louisville, for appellee.

PER CURIAM.

This is an action to recover money for work and services rendered. We are affirming the default judgment for $1775.00 because the appellant's motion to vacate it under CR 60.02 was not accompanied by any supporting statement.

The motion for an appeal is overruled, and the judgment is affirmed.

Nelson BREEZE et al., Appellants,

v.

Sidney FULLER, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1957.

Rehearing Denied June 7, 1957.

H. B. Best, Falmouth, A. B. Cook, Covington, for appellants.

John P. Lair, Cynthiana, for appellee.

PER CURIAM.

This is a motion, for an appeal from a judgment of the Pendleton Circuit Court awarding Sidney Fuller $1,700 damages for personal injuries against Nelson Breeze and Leland Barnes. Fuller did not assume the risk as a matter of law and the instructions adequately submitted the case to the jury.

The motion for appeal is overruled and the judgment is affirmed.